**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,       )<br>                    Plaintiff,       )<br>                                            )<br>vs.                                      )<br>                                            )<br>JOEL FRANK UPSHAW SR.,  )<br>                    Defendant.    )<br>_____) | CR06-00051-001-PCT-SMM<br><br>**ORDER** |

The defendant appeared in court with counsel. Pursuant to 18 U.S.C. §3148 a pretrial release revocation hearing was held. The Court finds probable cause to believe the defendant has committed additional criminal conduct while on federal release that is the two felony charges alleged in Criminal Complaint Number 08-04027M-001-PCT-MEA and a misdemeanor violation of Navajo Tribal law, all as alleged in the Petition to Revoke. After considering the factors set forth in 18 U.S.C. §3142(g) and that the rebutable presumption found in 18 U.S.C. §3148 has not been rebutted, the court concludes there are no conditions or combination of conditions which will assure the defendant will not flee nor pose a danger to the safety of other persons or the community and that if there were such conditions the defendant is unlikely to abide by  such conditions.

IT IS ORDERED that the defendant be detained.

DATED this 20th day of February, 2008.

_____
Mark E. Aspey
United States Magistrate Judge